UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 17-8843-AB (KS)                                    Date: May 23, 2018
Title   *Kamua T. Sanders v. City of Los Angeles, et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On March 12, 2018, Plaintiff filed the operative pleading, a First Amended Complaint (the "FAC") against the City of Los Angeles, Officer F. Rodriguez—Badge # 37005, and four Doe Defendants, alleging excessive force claims pursuant to 28 U.S.C. § 1983 and the Fourth Amendment.  (Dkt. No. 13.)  Plaintiff sues all Defendants in both their individual and official capacities. (FAC at 3-4.)  On April 3, 2018, the Court directed service of the Summons and FAC against Defendants Officer F. Rodriguez and the City of Los Angeles and ordered Plaintiff to file with the Court, within 30 days, copies of the USM-285 forms that he submitted to the U.S. Marshal.  (Dkt. Nos. 14-16.)   In the Order Directing Service by the United States Marshal, the Court specifically instructed Plaintiff that service should be directed against both the City of Los Angeles and Officer F. Rodriguez.  (Dkt. No. 16.)

The Court is now in receipt of two USM-285 Forms filed by Plaintiff, one directing service against Defendant Officer F. Rodriguez in his individual capacity and the other directing service against Defendant Officer F. Rodriguez in his official capacity.  (Dkt. Nos. 20, 21.)  Plaintiff has apparently failed to direct service against the City of Los Angeles, and, therefore, failed to comply the Court's order that he "direct[] service of process on *each* of the named Defendants." (Dkt No. 14.)  The Court may now recommend dismissal of the action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which states that a civil action is subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before June 22, 2018**, why the Court should not recommend that this action be dismissed as to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 17-8843-AB (KS)                                Date: May 23, 2018

Title    *Kamua T. Sanders v. City of Los Angeles, et al.*

the City of Los Angeles for failure to prosecute and comply with court orders. If Plaintiff wishes to proceed his action against the City of Los Angeles, he may discharge this Order by filing <u>one</u> of the following:

> (1) a request for an extension of time to file copies of a USM-285 forms relating to service against the City of Los Angeles and a declaration signed under penalty of perjury that establishes good cause for Plaintiff's failure to timely comply with the Court's orders;
> (2) copies of the USM-285 form relating to service against the City of Los Angeles provided to the United States Marshal Service; or
> (3) a declaration, signed under penalty of perjury, that states that Plaintiff mailed the completed USM-285 form relating to the City of Los Angeles to the U.S. Marshal <u>and</u> proof of the date of mailing, such as a prison mail log.

Alternatively, if Plaintiff does not wish to pursue this action as to the City of Los Angeles, he may file a document entitled "Notice Of Dismissal" pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

Plaintiff is further advised that his deadline for completing service of the FAC is July 2, 2018. If Plaintiff does not mail the correct USM-285 forms for the City of Los Angeles to the U.S. Marshal by that date, the case against the City of Los Angeles may be subject to dismissal under Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

:

**Initials of Preparer**   rhw