UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 17-8843-AB (KS)                                    Date: November 15, 2018

Title     *Kamau T. Sanders v. Los Angeles County et al*

Present: The Honorable:     Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  N/A  |
| --- | --- |
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On March 12, 2018, Plaintiff filed a First Amended Complaint ("FAC")  against the City of Los Angeles, Officer F. Rodriguez, and four Doe Defendants.  (Dkt. No. 13.)  On April 3, 2018, the Court directed service against Defendants Officer F. Rodriguez and the City of Los Angeles, the municipal employer of the Doe Defendants.  (Dkt. Nos. 14-16.)  The United States Marshal served Defendant Rodriguez on May 9, 2018 (Dkt. No. 20) and Defendant Rodriguez filed an Answer on June 7, 2018 (Dkt. No. 24).

On September 10, 2018, Plaintiff filed a Second Amended Complaint (the "SAC") (Dkt. No. 42), in which he sues the following Los Angeles Police Department ("LAPD") officers in their individual and official capacity:  F. Rodriguez (served on May 9, 2018); Bao Nguyen; Alejandro Lopez; Jae Lee; and Jonathan Miller.  Plaintiff abandoned any claims against the City of Los Angeles directly.  On September 17, 2018, the Court directed service against Defendants Nguyen, Lopez, Lee, and Miller and ordered Plaintiff to file, within 30 days, copies of the USM-285 forms that he submits to the U.S. Marshal.  (Dkt. No. 44; *see also* Dkt. Nos. 43, 45.)  On October 9, 2018, the Court extended Plaintiff's deadline for submitting the USM-285 forms to October 31, 2018.  (Dkt. No. 51.)

More than 14 days have now passed since Plaintiff's October 31, 2018 deadline for filing copies of the USM-285 forms, and the Court has not received copies of Plaintiff's completed USM-285 forms.  Accordingly, the Court may now recommend dismissal of the action for failure to prosecute or comply with court orders pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**CIVIL MINUTES – GENERAL**

Case No.   CV 17-8843-AB (KS)                                         Date: November 15, 2018

Title      *Kamau T. Sanders v. Los Angeles County et al*


However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before December 6, 2018**, why the Court should not recommend that this action be dismissed. If Plaintiff wishes to proceed with this action, he may discharge this Order by filing:  (1) a declaration signed under penalty of perjury that establishes good cause for Plaintiff's failure to comply with the Court's orders; and (2) copies of the USM-285 forms that were provided to the United States Marshal Service.  Alternatively, if plaintiff does not wish to pursue this action, he may file a document entitled "Notice Of Dismissal" pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case as to all or some of the defendants pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED.**


                                                                                    :
                                              **Initials of Preparer**    gr