# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAU T. SANDERS,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANCISCO RODRIGUEZ, et al,<br><br>        Defendants. | NO. CV 17-8843-AB (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records herein, Defendants' Motion for Summary Judgment (the "Motion") and the parties' related briefing, and the July 2, 2020 Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that Defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part as follows: (1) summary judgment is GRANTED on all claims against Defendant Officers Lee, Lopez, and Miller; (2) summary judgment is DENIED on all claims against Defendant Officers Rodriguez and Nguyen; and (3)

all claims against Defendant Officers Lee, Lopez, and Miller are DISMISSED with prejudice. IT IS FURTHER ORDERED that Plaintiff's request for additional discovery and motion for appointment of counsel are DENIED.

Within twenty-one (21) days of the date of this Order, Plaintiff and the two remaining Defendants, Defendant Officers Rodriguez and Nguyen, shall file status reports indicating: (1) whether they are willing to engage in settlement negotiations at this juncture—before assignment to the District Judge for trial; and (2) if they are open to settlement talks, whether they would prefer to proceed in those discussions before United States Magistrate Judge Karen L. Stevenson or before a different mediator to be assigned through the Central District's Prison Settlement Program. Due to the COVID-19 pandemic, all settlement negotiations will be conducted via videoconference.

DATED: September 1, 2020

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE