**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAU T. SANDERS, | Case No. 2:17-cv-08843-MCS-KS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FRANCISCO RODRIGUEZ et al., | |
| Defendants. | |

    Pursuant to this Court's Order Accepting Findings and Recommendations of United States Magistrate Judge and Order of Dismissal,

    IT IS ADJUDGED that this case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 18, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE